IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

v.                               Civil Action No. 4:17cv113 (HCM-LRL)

HUNTINGTON INGALLS
INCORPORATED,

    Defendant.

## NOTICE OF APPEARANCE

    Defendant Huntington Ingalls Incorporated, by counsel, files this Notice of Appearance notifying the Court that Sharon Kerk Reyes of the law firm of Kaufman & Canoles, P.C. will serve as co-counsel for Defendant in this matter.

Dated: November 20, 2017                 Respectfully submitted,

                                               **HUNTINGTON INGALLS INCORPORATED**

                                               By: */s/ Sharon Kerk Reyes*
                                               Scott W. Kezman
                                               Virginia State Bar No. 36831
                                               Sharon K. Reyes
                                               Virginia State Bar No. 87701
                                               KAUFMAN & CANOLES, P.C.
                                               150 W. Main Street, Suite 2100
                                               Norfolk, VA 23510
                                               (757) 624-3000
                                               (888) 360-9092 Facsimile
                                               swkezman@kaufcan.com
                                               skreyes@kaufcan.com
                                               *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2017, I will electronically file the foregoing document with the Clerk of the Court using CM/ECF system, which will send a notification of such filing (NEF) to the following:

    Amy E. Garber
    Virginia State Bar No. 37336
    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
    200 Granby Street, Suite 739
    Norfolk, VA 23510
    (757) 441-3134
    (757) 441-6720 Facsimile
    amy.garber@eeoc.gov
    *Counsel for Plaintiff*


    By: */s/ Sharon Kerk Reyes*
    Scott W. Kezman
    Virginia State Bar No. 36831
    Sharon K. Reyes
    Virginia State Bar No. 87701
    KAUFMAN & CANOLES, P.C.
    150 W. Main Street, Suite 2100
    Norfolk, VA 23510
    (757) 624-3000
    (888) 360-9092 Facsimile
    swkezman@kaufcan.com
    skreyes@kaufcan.com
    *Counsel for Defendant*