UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>HUNTINGTON INGALLS INCORPORATED,<br><br>Defendant. | Case No.: 4:17-cv-113 |

## ORDER

This matter is before the Court on Defendant's Motion to Compel Discovery. ECF No. 11. While Defendant's Reply in Support of Its Motion to Compel indicates Plaintiff has resolved several issues by providing additional discovery during the pendency the immediate motion, several discovery requests remain in dispute. ECF No. 15 at 2, 6-9. In the Court's estimation, the following discovery topics are in dispute: (1) sufficient identification of documents being withheld; (2) sufficient explanations of privilege in Defendant's privilege log; (3) Communications with NIC staffing agency; (4) Dowdle's employment history; and (5) Dowdle's medical history records. *See* ECF No. 15 at 6-9.

Upon consideration of the parties' filings, the Court has determined that disposition of Defendant's Motion necessitates a hearing. Accordingly, the parties are **DIRECTED** to immediately contact the Magistrate Deputies at (757) 222-7222 to obtain a hearing date.

However, in the meantime, and prior to the selected hearing date, the parties are further **DIRECTED** to engage in an in-person, robust meet and confer discussion to generally resolve

and narrow the areas of disagreement regarding discovery production. Should such efforts to resolve or otherwise narrow the areas of disagreement prove successful in whole or in part, the parties **SHALL** notify the Court of that fact via a written joint submission prior to the hearing date. The parties are **REMINDED** that the provisions of Fed. R. Civ. P. 37(a)(5) apply if the Court finds that a party's position here was not substantially justified.

The Clerk is **DIRECTED** to forward a copy of this order to all counsel of record.

It is so **ORDERED**.

/s/ Lawrence R. Leonard
United States Magistrate Judge

Newport News, Virginia
August 28, 2018